## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GARY LEON WEBSTER,**
**ADC #114018**                                                                     **PLAINTIFF**

**V.**                      **CASE NO. 3:19-CV-98-DPM-BD**

**DOE**                                                                            **DEFENDANT**

### ORDER

Mr. Webster has moved for an extension of time to file an application for *in forma pauperis* status. (Docket entry #3) For good cause, the motion (#3) is GRANTED. Mr. Webster must address the filing fee requirement by filing his *in forma pauperis* application by May 31, 2019. In the alternative, he may pay a $400 filing fee by that deadline. Failure to comply with this Court's Order could result in the dismissal of claims, without prejudice. Local Rule 5.5 (c).

In his motion, Mr. Webster also requests leave to amend his complaint to reflect that he is suing the Defendant in both his official and individual capacities. That request is GRANTED. The Clerk of Court is directed to file the Motion to Extend Time (#3) as a supplement to Mr. Webster's complaint.

The Clerk is also instructed to provide Mr. Webster both an application to proceed *in forma pauperis,* along with a copy of this Order.

IT IS SO ORDERED, this 1st day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE