IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018                                                    PLAINTIFF

v.                        No. 3:19-cv-98-DPM

DOE, Unknown Female Bookkeeper,
Craighead County Detention Facility                            DEFENDANT

ORDER

On *de novo* review, the Court adopts the recommendation, № 15, as modified and overrules Webster's objections, № 16. FED. R. CIV. P. 72(b)(3). Webster says that the allegedly false testimony was presented at the hearing to revoke his suspended imposition of sentence and probation. № 16 at 1. A judgment in Webster's favor would therefore call into question his state-court revocation; and he hasn't alleged that the revocation has been reversed, expunged, or invalidated. His claim is therefore barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994); *Newmy v. Johnson*, 758 F.3d 1008 (8th Cir. 2014).

Webster's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2019