IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018                                                                                  PLAINTIFF

v.                                     No. 3:19-cv-98-DPM

DOE, Unknown Female Bookkeeper,
Craighead County Detention Facility                                                DEFENDANT

## ORDER

**1.** Motion to amend complaint, № 20, denied. The Court dismissed Webster's complaint; and nothing in the proposed amendment warrant relief from the Judgment and final Order. № 17 & № 18. This case is closed.

**2.** Motion for leave to proceed *in forma pauperis* on appeal, № 23, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 17.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
24 July 2019